IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 07-0681
 ((((((((((((((((

 John S. Beeson, Trustee, John Beeson, And Paul Sirota, Petitioners

 v.

 State of Texas, respondent

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The joint motion to abate case, filed on December 28, 2007, is
granted, and this case is ABATED to allow the parties to proceed with
settlement negotiations.
 2. This case is removed from the Court's active docket until
further order of this Court.

 Done at the City of Austin, this 4th day of January, 2008.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk